DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL JOSEPH EDMONDSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1298

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Christopher C. Sabella, Judge.

Michael Joseph Edmondson, pro se.

PER CURIAM.

Affirmed. *See Zink v. State*, 951 So. 2d 34 (Fla. 2d DCA 2007); *Curi v. State*, 36 So. 3d 853 (Fla. 3d DCA 2010); *Ubilla v. State*, 8 So. 3d 1200 (Fla. 3d DCA 2009); *Jones v. State*, 988 So. 2d 1109 (Fla. 3d DCA 2008); *Cala v. State*, 854 So. 2d 840 (Fla. 3d DCA 2003); *Bynes v. State*, 854 So. 2d 289 (Fla. 4th DCA 2003); *Spikes*

*v. State*, 851 So. 2d 252 (Fla. 3d DCA 2003); *Rodriguez v. State*, 826 So. 2d 464 (Fla. 3d DCA 2002).

BLACK, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.